**UNITED STATES of America,
Plaintiff—Appellee,**

**v.**

**Thomas WILLIAMS, a/k/a Q, aka Paul
Ralph Scott, a/k/a Warren Brown, a/k/a
Professor, Defendant—Appellant.**

No. 08–6468.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 16, 2008.

Decided: Sept. 19, 2008.

Thomas Williams, Appellant Pro Se.
Sara Elizabeth Chase, Assistant United
States Attorney, Gurney Wingate Grant,
II, Office of the United States Attorney,
Richmond, Virginia, for Appellee.

Before MOTZ, TRAXLER, and
SHEDD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Thomas Williams seeks to appeal the
district court's order denying relief on his
28 U.S.C. § 2255 (2000) motion. The or-
der is not appealable unless a circuit jus-
tice or judge issues a certificate of appeal-
ability. 28 U.S.C. § 2253(c)(1) (2000). A
certificate of appealability will not issue
absent "a substantial showing of the denial
of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2000). A prisoner satisfies
this standard by demonstrating that rea-
sonable jurists would find that any assess-
ment of the constitutional claims by the
district court is debatable or wrong and
that any dispositive procedural ruling by
the district court is likewise debatable.
*Miller–El v. Cockrell,* 537 U.S. 322, 336–
38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003);
*Slack v. McDaniel,* 529 U.S. 473, 484, 120
S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose
v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001).
We have independently reviewed the rec-
ord and conclude that Williams has not
made the requisite showing. Accordingly,
we deny a certificate of appealability and
dismiss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*DISMISSED.*